# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **In The Matter Of:** ) | |
| ) | Case Number 20-42597-659 |
| **BARBARA KAYE VOGT** ) | |
| ) | |
| ) | Chapter 13 |
| **Debtor,** ) | |
| ) | |
| ) | Adversary Cause Number: 20-04062-659 |
| **BARBARA KAYE VOGT** ) | |
| ) | |
| ) | |
| **Plaintiff(s)** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **BCMB1 TRUST** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT BCMB1 TRUST'S CORPORATE OWNERSHIP STATEMENT

COMES NOW, Defendant, BCMB1 Trust, ("Defendant") by and through counsel, and for its Disclosure Statement made pursuant to Federal Rule of Civil Procedure 7.1 and Bankruptcy Rule 7007.1, states:

1. Defendant is a non-governmental corporate party.

2. Defendant does not have a parent corporation.

3. No publicly held corporation owns 10% or more of Defendant's stock.

4. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated September 29, 2020

Respectfully Submitted by:
Millsap & Singer, LLC

<u>/s/ Christopher D. Lee</u>
Cynthia M. Kern Woolverton, #47698, #47698MO
Stewart C. Bogart, #67956, #67956MO
Muhammad Esa Ahmed, #70619, #70619MO
Christopher D. Lee, #63024, #63024MO
Attorneys for Movant
612 Spirit Drive
St. Louis, MO
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com

Attorneys for BCMB1 Trust

<u>CERTIFICATE OF SERVICE</u>

   I certify that a copy of this document was either electronically mailed or forwarded first-class regular mail September 29, 2020 to the following parties:

<u>*/s/Christopher D. Lee*</u>

Barbara Kaye Vogt
1486 Donna Drive
Arnold, MO 63010

Jeffrey Lane Ringling
Rosenthal & Ringling
Attorney for Debtor
11430 St. Charles Rock Road, Ste A
Bridgeton, MO 63044